IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TAYLOR LEMONS**, individually and on
behalf of all similarly situated individuals,

        Plaintiff,

    v.

**WALGREEN PHARMACY SERVICE
MIDWEST, LLC, WALGREEN
PHARMACY SERVICES EASTERN,
LLC,** and **WALGREEN PHARMACY
SERVICES WESTERN, LLC,**

        Defendants.

Case No. 3:21-cv-00511-MO

PARTIAL JUDGMENT

**MOSMAN, J.,**

    Based upon my Opinion and Order [ECF 40] granting Plaintiff Taylor Lemons's Motion

for Entry of Rule 54(b) Judgment [ECF 37], it is ordered and adjudged that Claim Two from

Lemons's Second Amended Complaint [ECF 22] is DISMISSED with prejudice.

    DATED this _18_ day of April, 2022.

                             MICHAEL W. MOSMAN
                             Senior United States District Judge