**Carl Post, OSB No. 06105**
carlpost@lawofficeofdanielsnyder.com
**John D. Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
LAW OFFICES OF DANIEL SNYDER
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **TAYLOR LEMONS,** individually and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>  v.<br><br>**WALGREEN PHARMACY SERVICES MIDWEST, LLC, WALGREEN PHARMACY SERVICES EASTERN, LLC,** and **WALGREEN PHARMACY SERVICES WESTERN, LLC**,<br><br>    Defendants. | Case No. 3:21-cv-00511-MO<br><br>**STIPULATED PROPOSED CASE MANAGEMENT SCHEDULE** |

    Pursuant to the Court's order (Dkt. 99), the parties propose the following case management schedule:

PAGE 1 – **STIPULATED PROPOSED CASE MANAGEMENT SCHEDULE**

| Event/Deadline | Proposed Date |
|---|---|
| Close of Discovery | April 30, 2025 |
| Dispositive Motions | June 27, 2025 |
| ADR Deadline | 45 days after ruling on dispositive motions |
| Pre-trial Order | 45 days after ruling on dispositive motions |

DATED: September 19, 2024

| | |
|---|---|
| LAW OFFICES OF DANIEL SNYDER | STOEL RIVES LLP |
| *s/ Carl Post* | *s/ Karen O'Connor* |
| CARL POST, OSB No. 061058<br>carlpost@lawofficeofdanielsnyder.com<br>JOHN BURGESS, OSB No. 106498<br>johnburgess@lawofficeofdanielsnyder.com<br>Law Offices of Daniel Snyder<br>1000 SW Broadway, Suite 2400<br>Portland, OR 97205 | KAREN L. O'CONNOR, OSB No. 953710<br>karen.oconnor@stoel.com<br>TIMOTHY W. SNIDER, OSB No. 034577<br>timothy.snider@stoel.com<br>RYAN S. KUNKEL, OSB No. 154671<br>ryan.kunkel@stoel.com<br>Telephone: 503.224.3380 |
| Attorneys for Plaintiff | Attorneys for Defendants |