KAREN L. O`CONNOR, Bar No. 953710
karen.oconnor@stoel.com
TIMOTHY W. SNIDER, Bar No. 034577
timothy.snider@stoel.com
RYAN S. KUNKEL, Bar No. 154671
ryan.kunkel@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

**TAYLOR LEMONS,** individually and on behalf of all similarly situated individuals,

Plaintiff,

v.

**WALGREEN PHARMACY SERVICES MIDWEST, LLC, WALGREEN PHARMACY SERVICES EASTERN, LLC,** and **WALGREEN PHARMACY SERVICES WESTERN, LLC,**

Defendants.

Case No. 3:21-cv-00511-MO

**NOTICE OF COMPLIANCE WITH CLASS ACTION FAIRNESS ACT**

Defendants Walgreen Pharmacy Services Midwest, LLC, Walgreen Pharmacy Services Eastern, LLC, and Walgreen Pharmacy Services Western, LLC ("Defendants") submit this Notice of Compliance with the Class Action Fairness Act ("CAFA") to inform the Court of

Defendants' compliance with CAFA under 28 U.S.C. §1715. Defendants provided notice of the class action settlement to the required parties under 28 U.S.C. §1715 on Friday, July 17, 2026.

DATED: July 27, 2026

STOEL RIVES LLP

*s/ Ryan S. Kunkel*

KAREN L. O`CONNOR, Bar No. 953710
karen.oconnor@stoel.com
TIMOTHY W. SNIDER, Bar No. 034577
timothy.snider@stoel.com
RYAN S. KUNKEL, Bar No. 154671
ryan.kunkel@stoel.com

Attorneys *for Defendants*